UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME CURRY, JR.,<br><br>                  Petitioner,<br><br>   v.<br><br>SEATTLE KING COUNTY SUPERIOR COURTS, et al.,<br><br>                  Respondent. | Case No. C23-0549-JLR-SKV<br><br>REPORT AND RECOMMENDATION |

      Petitioner Jerome Curry, Jr. is a pre-trial detainee currently confined at Western State Hospital. On May 10, 2023, he filed with this Court a petition for writ of habeas corpus under 28 U.S.C. § 2241. Dkt. 7.

      Based off the allegations in the petition, the Court could not discern whether Petitioner's claims were cognizable in habeas corpus, or whether they were more properly brought under 42 U.S.C. § 1983. Accordingly, on June 1, 2023, the Court ordered Petitioner to show cause within 30 days from the date on which the Order was signed why his petition and this action should not be dismissed for failing to state cognizable habeas claims. The Order instructed Petitioner to better explain (1) the basis of the claims asserted in his petition, and (2) the relief he seeks in this

REPORT AND RECOMMENDATION - 1

Court. The Order further informed Petitioner that his failure to timely respond to the Order would result in a recommendation that this action be dismissed.

To date, Petitioner has not filed a response to the Court's Order or sought to extend the deadline for doing so. Accordingly, the Court recommends that this action be DISMISSED without prejudice. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **August 11, 2023**.

Dated this 17th day of July, 2023.

_____
S. KATE VAUGHAN
United States Magistrate Judge