UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME CURRY, JR.,<br><br>               Petitioner,<br><br>   v.<br><br>SEATTLE KING COUNTY SUPERIOR COURTS, et al.,<br><br>               Respondents. | Case No. C23-0549JLR-SKV<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record,[1] the Court finds and ORDERS:

    (1)    The Court ADOPTS the report and recommendation (Dkt. # 9);

    (2)    This action is DISMISSED without prejudice;

---

[1] Plaintiff Jerome Curry, Jr. did not file objections to Magistrate Judge Vaughan's report and recommendation (*See* Dkt.)  The report and recommendation was returned as undeliverable from Mr. Curry's last-known address on August 2, 2023.  (*See* 8/2/23 Not. (Dkt. # 10).)  Although this District's local rules require *pro se* parties, such as Mr. Curry, to keep the court and opposing parties apprised of their current mailing addresses, Mr. Curry has failed to do so.  *See* W.D. Wash. Local Rules LCR 41(b)(2).

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(3)  The Clerk is directed to send copies of this order to the parties and to the Honorable S. Kate Vaughan.

Dated this 14th day of August, 2023.

*JAMES L. ROBART*
JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2